UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GLENN WHICKER NEAL, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:23CV284 |
| | ) |
| BEN ANDERSON, | ) |
| | ) |
| Respondent. | ) |

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a prisoner of the State of North Carolina, filed a Petition [Doc. #1] seeking a writ of habeas corpus under 28 U.S.C. § 2254. However, Petitioner did not exhaust his state court remedies as to the claims he sought to raise and did not sign the Petition. The Court entered an Order [Doc. #3] striking the Petition for those reasons but allowing Petitioner 90 days to exhaust his state court remedies and either file a new petition which corrected the defects of the current Petition or seek an extension of time. The Order specifically warned Petitioner that a failure to comply would result in a without prejudice dismissal of this action without further notice. Because more than 90 days have passed and Petition has not made any additional filings, this action should be dismissed.

IT IS THEREFORE RECOMMENDED that this action be dismissed without prejudice to Petitioner refiling his Petition correcting the errors noted in the prior Order.

This, the 6th day of February, 2024.

/s/ Joi Elizabeth Peake
United States Magistrate Judge