IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GLENN WHICKER NEAL, JR.,           )
                                    )
            Petitioner,             )
                                    )
   v.                               )    1:23-cv-284
                                    )
BEN ANDERSON, Warden Piedmont       )
Correction Institution,             )
                                    )
            Respondent.             )

### ORDER

On February 6, 2024, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner refiling his Petition correcting the errors noted in the prior Order. The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of

appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of March, 2024.

                           /s/ William L. Osteen, Jr.
                           United States District Judge